UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF NEW YORK**

**Rakim Paulin**

                                        **Plaintiff,**

                    -against-

**C.O. C. Szematowicz, C.O. E. Gordon,**
**C.O. G. Dooman**
                                        **Defendants.**

                    **COMPLAINT**
                    **JURY TRIAL**
                    **DEMANDED**

**22 CV 6133 - CJS**

            **Plaintiff Rakim Paulin brings forth this Complaint against the above named**
**defendants and alleges the following:**

    1)  This is a Civil Action seeking relief and/or damages to defend and protect the rights
guaranteed by the United States Constitution. This action is brought pursuant to 42 USC §1983.
The court has jurisdiction over the action pursuant to 28 USC §§1331, 1343(3)(4) and 2201.

                    PARTIES TO THIS ACTION

    2)  Plaintiff is a resident of the County of Duchess, New York State and presently resides
at Franklin Correctional Facility, 62 Bare Hill Road, PO Box 10, Malone, New York 12953-0010.

    3)  Defendants are residents of Attica, New York State and Reside and/or are located at:

        A.      C.O. C. Szematowicz
                Wyoming Correctional Facility
                PO Box 501
                Attica, New York 14011-0501

        B.      C.O. E. Gordon
                Wyoming Correctional Facility
                PO Box 501
                Attica, New York 14011-0501

        C.      C.O. G. Dooman
                Wyoming Correctional Facility
                P.O. Box 501
                Attica, New York 14011-0501

                    LAWSUIT IN STATE AND FEDERAL COURT

    4)  Plaintiff has not begun any other lawsuits in State or Federal Court dealing with the
same facts involved in this action

5) Plaintiff has been a plaintiff in the following cases that have all been settled. However, case Numbers and filing dates are unavailable.

>A. Paulin v. Dutchess County, et al
>B. Paulin v. Zalucky, et al
>C. Paulin v. Federicks, et al
>D. Paulin v. Sassi, et al
>E. Paulin v. Sassi

## EXHAUSTION OF ADMINISTRATIVE REMEDIES:

Annexed Records:

EXHIBIT A -    Cover letter and four (4) grievances dated May 15, 2019, addressed to the Inmate Grievance Program Supervisor C. Sputore at Orleans Correctional Facility.

EXHIBIT B -    Cover letter and four (4) Grievances dated May 15, 2019, addressed to the Inmate Program Supervisor at Wyoming Correctional Facility.

EXHIBIT C -    Response from the Inmate Grievance Program Supervisor at Wyoming Correctional Facility in relation to Exhibit B.

EXHIBIT D -    Inmate copy of facility disbursement form showing copy of Exhibit C.

EXHIBIT E -    Follow-up letter with copy of Exhibit –C-, forwarded to the Inmate Grievance Program Supervisor C. Sputore at Orleans Correctional Facility.

EXHIBIT F -    Notice of Appeal to Inmate Grievance Program Supervisor C. Sputore, to forward to Central Office Review Committee, pursuant to Departmental Grievance Directive 4040 Section 701.8(G) on the grounds that grievant did not receive any decisions on his grievances within time constraints. Copy also forwarded to Inmate Grievance Program Supervisor MS. Hartz at Cape Vincent Correctional Facility

EXHIBIT G -    Request to Inmate Grievance Program Supervisor C. Sputore for a copy of the written notice of receipt of appeal by the Central Office Review Committee pursuant to Directive 4040 Section 701.3(3)(i). Copy forwarded to Inmate Grievance Program Supervisor MS. Hartz.

**FACTS:**

1) On April 24, 2019, while at Wyoming Correctional Facility, at approximately 4:05 p.m., while at M-1 housing unit, Plaintiff Rakim Paulin was violently assaulted by Defendant C. Szematowicz and by Defendant E. Gordon after a strip search conducted by said defendants, namely;

2) Immediately after a strip search, plaintiff was placed in hand-restraints by Defendant Szematowicz. Once the handcuffs were firmly placed on plaintiff, defendant Szematowicz kicked plaintiff in his lower back with his left foot. He then kicked plaintiff in the testicles with his right foot.

3) Immediately thereafter, defendant Szematowicz grabbed plaintiff by the throat with his left hand and repeatedly proceeded to strike plaintiff in the head and face with his right hand. While plaintiff was being assaulted by defendant Szematowicz, defendant Gordon began to Punch plaintiff repeatedly in the back, stomach, and ribs with both hands.

4) During the assault, plaintiff was knocked unconscious by defendant Szematowics. Approximately 10 minutes later plaintiff was awakened by defendant Szematowicz throwing water from the toilet brush water bucket onto his face.

5) Plaintiff was then escorted by both defendants to the facility infirmary.

6) Upon arriving at the facility infirmary, plaintiff was placed in a holding cell.

7) At approximately 7:25 p.m., plaintiff was escorted to the facility special housing unit (SHU), by defendant G. Doom, and E. Gordon, as well as Sgt. Deblasso.

8) After being processed, plaintiff was placed in a SHU Cell. Once secured, plaintiff immediately began to complain about the assault and the poor cell conditions to Sgt. Deblasso.

9) Sgt. Deblasso replied that she would look into the matter, and then left the SHU unit.

10) At approximately 7:30 p.m., defendants E. Gordon and G. Dooman arrived at plaintiff's cell door without Sgt. Deblasso.

11) Defendant G. Dooman then opened plaintiff's food slot/hatch and ordered plaintiff to place his hands outside the hatch to be handcuffed.

12) Plaintiff complied, and was then placed in hand restraints by G. Dooman.

13) Defendant G. Dooman then ordered plaintiff's cell door opened by the (SHU) C.O.

14) Once open, defendants Dooman and Gordon began to punch, kick, and knee the plaintiff.

15) During the assault, plaintiff was hit in the stomach until he vomited. Plaintiff was also knocked to the ground during the assault.

16) Both defendants then walked out of plaintiff's cell.

17) Defendant Dooman then ordered plaintiff's cell door closed.

18) Once closed, defendant Dooman ordered plaintiff to place his hands outside of the hatch to retrieve his handcuffs.

19) Plaintiff complied and defendant Dooman retrieved his cuffs.

20) Defendant Dooman then said, "I dare you to tell anyone else", implying that his actions were retaliation for plaintiff telling Sgt. Deblasso what had happened, intended to silence plaintiff. He further stated that, "there are no cameras in these small SHU units, which means we can fuck you up whenever we want."

21) At approximately 8:20 p.m., plaintiff requested and then received a pan for defecation from defendant E. Gordon.

22) Upon completion, plaintiff immediately returned the pan to defendant Gordon.

23) At approximately 8:50 p.m., plaintiff's cell was frisked.

24) At approximately 9:30 p.m., a SHU nurse, provider #248, came to complete plaintiff

SHU Health admission screening.

25) Plaintiff informed the nurse of his pain.

26) The nurse replied, "man up" and walked away.

27) Plaintiff was denied a mattress upon his repeated request from defendants Gordon and

Dooman. Plaintiff was subjected to a SHU cell that had other inmate's feces and urine all

over floors and walls. Plaintiff brought this to the attention of defendants Gordon and

Dooman, as well as the Deputy Superintendent for Security Yehl/Yenl. As a result,

plaintiff contracted "athlete's foot", along with "Jock itch".

28) Plaintiff brought all the above to the attention of the Deputy Superintendent for Security

Yehl/Yenl during her rounds on 4/26/19 at 11:10 a.m., and on 4/30/19 at 10:10 a.m.

29) The Dept. of Security Yehl/Yenl replied that everything being done to plaintiff was

punishment for being on a one on one watch.

30) Plaintiff replied that his rights were being violated and that they were subjecting him to

cruel and unusual punishment; and that departmental directive 4910 was not being

adhered to.

31) Dept. Yehl/Yenl replied, "We don't follow the directive for one on one watch down

here." As a result, Plaintiff was subjected to these harsh conditions from 4/24/19 to

5/15/19.

32) On May 11,2019, at approximately 6:00 p.m., defendant Dooman spit in plaintiff's chow

tray before handing the tray to plaintiff.

33) Due to plaintiff's perplexed look, defendant Dooman stated that it was for plaintiff's constant complaining. He then stated that if plaintiff kept it up, he would be back in to teach plaintiff another lesion.

34) Defendant Dooman further stated that he took some items from plaintiff personal property.

35) Plaintiff replied that if he did, he would have to pay for the items.

36) Defendant Dooman laughed, and stated that he never had to pay before; and that if he ever were caught he would just blame it on the morning shift or just retire. He further stated that, "there are no cameras in the small-Box Facility SHU, insinuating that he could get away with anything he wants.

37) Upon inspection, the following items were missing from plaintiff personal property bags.

   A. 15 Packs of Newport's

   B. 3 Girl Magazines

   C. 50 Stamps

   D. 75 Packs of Tuna

   E. Religious Chain

   F. Electric Trimmers

**DAMAGES:**

Because of the violations of Plaintiff State and Federal Constitutional Rights, plaintiff seeks damages for his injuries, including cruel and unusual punishment living conditions.

**INJURIES:**

1. Two contusions and bruises to head.

2. Two contusions and bruises to face.

3. Bruises and swelling to ribs

4. Bruises to stomach.

5. Bruises and swelling to left leg.

6. Bruises and swelling to lower back

7. Bruises and swelling to scrotum sack.

8. Athlete's feet for 8 weeks.

9. Jock itch for 8 weeks.

10. Permanent damages to lower back at L5-S1

11. Increased usage of pain medication for 6 months.

12. Physical therapy for lower back from 7/23/19 to 9/26/19, and again from 1/22/22 until

    Present date.

13. Serious scrotum/testicle pain for 4 weeks and continuous dull pain thereafter, where

    One testicle is now enlarged and considered by the Doctor at Wyoming Correctional

    Facility , on April 29, 2019 to be permanent damage.

14. Pain and suffering.

15. Plaintiff seeks compensatory and punitive damages in the amount to be determined at

    Trial against each named defendant.

16. A preliminary and permanent injunction ordering defendants to place cameras in all

    Medium Correctional Facility Special Housing units to combat systemic assaults by

    Departmental personnel, and to control the influx of inmates lawsuits perpetrated by

    DOCCS Personnel in these special units.

17. It is also in the public interest to grant the injunction because inmates with disabilities (Mental health) are the ones most often being assaulted in these small box units. The injunction will save the State and Federal government millions of dollars, and free up the Courts Dockets in association with the (PLRA) Prison Litigation Reform Act.

18. Whereas, it is vital to ensure that the U.S. and State Constitutions continue to be honored and not violated by DOCCS Personnel. This would assure confidence in DOCCS and in our Criminal Justice System.

Respectfully Submitted,

Rakim Paulin 18-A-0552
Franklin Correctional Facility
62 Bare Hill Rd., P.O. Box 10
Malone, NY 12953

Plaintiff declares under penalty of perjury, pursuant to 28 U.S.C.A. sec. 1746, that the foregoing is true and correct, and that such has been executed and placed in a United States Postal Service Mailbox maintained at Franklin Correctional Facility, Malone, NY 12953, on the _9_ day of March 2022, to be forwarded to the Western District of New York Pro-Se Office for processing:

RAKIM PAULIN

# EXHIBIT-A

RAKIM PAULIN 18A0552
S-C2-49B
ORLEANS CORRECTIONAL FACILITY

MAY 15, 2019

INAMTE GRIEVANCE PROGRAM SUPERVISOR
C. SPUTORE
ORLEANS CORRECTIONAL FACILITY

Re: Four Attached Grievances

DEAR GRIEVANCE COORDINATOR:

Enclose for filing please find four grievances concerning incidents at Wyoming C.F.

RESPECTFULLY SUBMITTED

RAKIM PAULIN

Cc: File

1

<u>GRIEVANCE</u>

<u>RAKIM PAULIN</u>          <u>18A0552</u>          <u>5/15/19</u>          <u>S-C2-49B</u>

On April 24, 2019 at approx 4:05 P.M. grievant was assaulted by C.O. C. Szematowicz and C.O. E. Gordon after a strip search conducted on housing unit M-1. In which grievant was first placed in hand restraints by C.O. Szematowicz, and then kicked in the back, and testicles. Immediately thereafter C.O. Szematowicz grabbed grievant by the throat and started to punch grievant in the head and face. While C.O. E,Gordon begin to punch grievant in the back, stomach, and ribs. Grievant was knocked unconsciounes by C.O. Szematowicz. Approx 10 minutes later grievant was awaked by C.O. Szematowicz throwing water into grievants' face. Grievant was then escorted by both officers to the facility infirmary.

Upon arriving at the facility infirmary plaintiff was placed in a holding cell. At approximately 7:25 P.M., plaintiff was escorted to the facility special houseing unit (SHU), by C.O. G. Dooman, C.O. E. Gordon, and a femal Sgt. After being processed plaintiff was placed in a (SHU) cell. Once secured plaintiff immediately begin to complain about the assault, and cell conditions to the femal Sgt...The femal Sgt. replied she would look into the matter. The Sgt. then left the (SHU) unit.

Action Requested:

(1) Directive be followed

(2) People involved reprimanded

(3) Video/ Audio placed in SHU

SINCERELY

RAKIM PAULIN

<u>GRIEVANCE</u>

<u>RAKIM PAULIN</u>      <u>18a0552</u>                <u>5/15/19</u>      <u>S-C2-49B</u>

On April 24,2019 at approx 7:30 P.M., grievant was assaulted by

C.O. G. dooman and C.O. E. Gordon after being placed in a one

on one SHU cell. In which grievant was first placed in hand

restraints by C.O. Dooman. C.O. Dooman then ordered grievants'

cell door open. Once open both officers begin to punch and

kick grievant. During the assault grievant threw up, and was

also knocked to the ground from their blows. Both officers then

left grievants' cell. Once grievants' cell door was closed

C.O. Dooman retrieved the handcuffs.


Action Requested:

(1) Officers reprimanded

(2) Video/ Audio placed in SHU


                                        SINCERELY

                                        RAKIM PAULIN

<u>GRIEVANCE</u>

<u>RAKIM PAULIN</u>      <u>18A0552</u>          <u>5/15/19</u>      <u>S-C2-49B</u>


This is a grievance because while on a one on one watch
from 4/24/19 to 5/1/19, I was placed in a feces and urine
cell. I was denied a mattress upon my repeated request. Denied
a wash cloth and wash bucket upon my repeated request.
Brought this matter to the attention of numerous officals.
Even the Dept of Security who informed me that it was part of
my punishment for being on a one on one watch.
I informed her that I never violated any rules to be subjected
to this type of treatment. She replied we don't follow the
directive down here.


Action Requested:


(1) Directive be followed

(2) People involved reprimanded

(3) Video/ Audio placed in SHU


                                        SINCERELY

                                        RAKIM PAULIN

## GRIEVANCE

RAKIM PAULIN          18A0552                5/15/19     S-c2-49B

On May 11,2019 at approx 6:00 P.M., while handing out evening
chow, C.O. Dooman spite in grievant's food, and then stated it
was for grievant complainting.He also stated that if grievant
kept it up, he would be back in to teach grievant another
lession. He further stated that he took some items out of
grievants' property. Grievant replied that if he did, then
he would have to pay for the items he took. He then laughed and
stated that he never had to pay before. And that if he ever got
caught he would just blame it on the morning shift, or just
retire.

The following items where misssing from grievants' property.


15 Packs of Newports, 3 girl magazines, 50 stamps, 75 packs
of tuna, religious chain, and electric trimmers. Compare
I-64 form from Attica dated 4/22/19, and I-64  form from
wyoming dated 4/24/19.


Action requested:

(1) Officer reprimanded

(2) Video/ audio placed in SHU


SINCERELY

RAKIM PAULIN

# EXHIBIT- B

RAKIM PAULIN 18A0552
ORLEANS CORRECTIONAL FACILITY
3531 GAINS BASIN Rd.,
ALBION, N.Y. 14411-9199

MAY 15, 2019

INMATE GRIEVANCE PROGRAM SUPERVISOR
WYOMING CORRECTIONAL FACILITY
P.O. BOX 501
ATTICA, N.Y. 14011-0501

Re: Four Grievance Grievances

Dear grievance coordinator:

Enclose for filing please find four grievances concerning incidents at Wyoming correctional

facility.

RESPECTFULLY SUBMITTED

Cc: File

RAKIM PAULIN

(1) C.SPUTORE
    ORLEANS CORRECTIONAL FACILITY

GRIEVANCE

RAKIM PAULIN                18A0552              5/15/19              S-C2-49B


On April 24,2019 at approx 4:05 P.M. grievant was assaulted by C.O. C. Szematowicz and

C.O. E. Gordon after a strip search conducted on housing unit M-1. In which grievant

was first placed in hand restraints by C.O. Szematowicz, and then kicked in the back,

and testicles. Immediately thereafter C.O. Szematowicz grabbed grievant by the throat

and started to punch grievant in the head and face. While C.O. E,Gordon begin to punch

grievant in the back, stomach, and ribs. Grievant was knocked unsciounes by C.O.

Szematowicz. Approx 10 minutes later grievant was awaked by C.O. Szematowicz throwing

water into grievants' face. Grievant was then excorted by both officers to the facility

infirmary.

Upon arriving at the facility infirmary plaintiff was placed in a holding cell. At

approximately 7:25 P.M., plaintiff was escorted to the facility special houseing unit

(SHU), by C.O. G. Dooman, C.O. E. Gordon, and a femal Sgt. After being processed

plaintiff was placed in a (SHU) cell. Once secured plaintiff immediately begin to

complain about the assault, and cell conditions to the femal Sgt...The femal

        Sgt.    replied she would look into the matter. The Sgt. then left the

(SHU) unit.


Action Requested:


(1) Directive be followed

(2) People involved reprimanded

(3) Video/ Audio placed in SHU


                          SINCERELY

                          RAKIM PAULIN

## GRIEVANCE

RAKIM PAULIN      18a0552            5/15/19      S-C2-49B


On April 24,2019 at approx 7:30 P.M., grievant was assaulted by
C.O. G. dooman and C.O. E. Gordon after being placed in a one
on one SHU cell. In which grievant was first placed in hand
restraints by C.O. Dooman. C.O. Dooman then ordered grievants'
cell door open. Once open both officers begin to punch and
kick grievant. During the assualt grievant threw up, and was
also knocked to the ground from their blows. Both officers then
left grievants' cell. Once grievants' cell door was closed
C.O. Dooman retrieved the handcuffs.


Action Requested:

(1) Officers reprimanded
(2) Video/ Audio placed in SHU



SINCERELY

RAKIM PAULIN

## GRIEVANCE

RAKIM PAULIN          18A0552          5/15/19          S-C2-49B


This is a grievance because while on a one on one watch
from 4/24/19 to 5/1/19, I was placed in a feces and urine
cell. I was denied a mattress upon my repeated request. Denied
a wash cloth and wash bucket upon my repeated request.
Brought this matter to the attention of numerous officals.
Even the Dept of Security who informed me that it was part of
my punishment for being on a one on one watch.
I informed her that I never violated any rules to be subjected
to this type of treatment. She replied we don't follow the
directive down here.


Action Requested:


(1) Directive be followed

(2) People involved reprimanded

(3) Video/ Audio placed in SHU


SINCERELY

RAKIM PAULIN

## GRIEVANCE

RAKIM PAULIN          18A0552               5/15/19    S-c2-49B

On May 11,2019 at approx 6:00 P.M., while handing out evening
chow, C.O. Dooman spite in grievant's food, and then stated it
was for grievant complainting.He also stated that if grievant
kept it up, he would be back in to teach grievant another
lession. He further stated that he took some items out of
grievants' property. Grievant replied that if he did, then
he would have to pay for the items he took. He then laughed and
stated that he never had to pay before. And that if he ever got
caught he would just blame it on the morning shift, or just
retire.

The following items where misssing from grievants' property.


15 Packs of Newports, 3 girl magazines, 50 stamps, 75 packs
of tuna, religious chain, and electric trimmers. Compare
I-64 form from Attica dated 4/22/19, and I-64  form from
wyoming dated 4/24/19.


Action requested:

(1) Officer reprimanded

(2) Video/ audio placed in SHU


SINCERELY

RAKIM PAULIN

# EXHIBIT-C

NEW YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION
WYOMING CORRECTIONAL FACILITY
INMATE GRIEVANCE PROGRAM

TO:        Paulin, R 18A0552, Orleans

FROM:     A. Romesser, Supervisor Inmate Grievance Program

RE:        Grievance

DATE:      May 23, 2019


I received your grievances dated 5/15/19.  Per Directive 4040, § 701.5 (a) "The
Complaint may only be filed at the facility where the inmate is housed even if it
pertains to another facility."  Any issues must be addressed through your current
facility.  Your grievances are being returned to you.

cc:    File

EXHIBIT- D

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**
## DISBURSEMENT OR REFUND REQUEST

CELL LOCATION

NAME  RAKIM PAULIN                    DATE  5.28      20  19

CODE TYPE

INMATE NUMBER  | 1 | 8 | N | 0 | 5 | 5 | 2 |

"SHORT NAME"  | R | P | A | U |
FIRST INITIAL
FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER  | 1 | 6 | 2 | 1 | 1 | 0 |
RIGHT ADJUSTED WITH LEADING ZEROS

COMMISSARY PRODUCT GROUP

AMOUNT $  | 1 | 1 | 5 | 1 | 1 | 0 |

SENT-TO CODE
(SEE TABLE B-6)

ITEM
DESCRIPTION  (1) Legal copies

SENT TO OR
PURCHASE FROM

| LAST NAME | FIRST NAME | MI | SUFF |
| ADDRESS | | | APT. NO. |
| Orleans C.F. | | | |
| CITY | STATE | | ZIP CODE |

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE
AMOUNT TO BE DEDUCTED FROM MY INMATE
ACCOUNT.

APPROVED _____  DATE 5/29/19
(SOURCE AREA)

APPROVED _____  DATE 5/29/19
(BUSINESS OFFICE)                    (INMATE SIGNATURE)

FORM 2706 (7/11)            Original - Business Office    Yellow - Approving Office    Pink - Inmate

# EXHIBIT- E

RAKIM PAULIN 18A0552
S-C2-49B
ORLEANS CORRECTIONAL FACILITY

JUNE 3, 2019

INMATE GRIEVANCE PROGRAM SUPERVISOR
C. SPUTORE
ORLEANS CORRECTIONAL FACILITY

Re: Grievances

DEAR GRIEVANCE SUPERVISOR C. SPUTORE:

PLEASE TAKE NOTICE that I am enclosing the following:

(1) Four grievances concerning incidents at Wyoming C.F.

(2) A communication from the inmate Grievance Supervisor A. Romesser at Wyoming C.F.

Please note that although I forwarded my four grievances to you in a timely manner, this

correspondence is just to inform you of the correspondence I received from the Inmate Grievance

Supervisor A. Romesser at Wyoming C.F..

Thanking you in advance for your time and assistance.

RESPETFULLU SUBMITTED

RAKIM PAULIN

Cc: File

1

# EXHIBIT- F

RAKIM PAULIN 18A0552
CAPE VINCENT CORRECTIONAL FACILITY
36560 STATE ROUTE 12E
CAPE VINCENT, N.Y. 13618

JULY 12, 2019

INMATE GRIEVANCE PROGRAM SUPERVISOR
C. SPUTORE
ORLEANS C.F.
3531 GAINES BASIN Rd.
ALBION, N.Y. 14411

Re: Notice of Decision to Appeal

DEAR GRIEVANCE SUPERVISOR C. SPUTORE:

NOTICE OF DECISION TO APPEAL TO CORC PURSUANT TO DIRECTIVE 4040-
SECTION 701.8(G):

PLEASE TAKE NOTICE that I never received any decision from the Orleans C.F. SUPT.,

concerning my four harassment grievances that I filed on May 15, 2019; and again on June 3,

2019.

So at this time I respectfully appeal the Supt. Denial to CORC.

RESPECTFULLY SUBMITTED

RAKIM PAULIN

Cc: file

1. MS. HARTZ
   IGRP SUPERVISOR
   CAPE VINCENT C.F.

1

# EXHIBIT- G

RAKIM PAULIN 18A0552
CAPE VINCENT CORRECTIONAL FACILITY
36560 STATE ROUTE 12E
CAPE VINCENT, N.Y. 13618

AUGUST 28, 2019

INAMTE GRIEVANCE PROGRAM SUPERVISOR
C. SPUTORE
ORLEANS C.F.
3531 GAINES BASIN Rd.
ALBION, N.Y. 14411

Re: Request Copy of the Written Notice of Receipt of my Appeal to CORC

DEAR GRIEVANCE SUPERVISOR C. SPUTORE:

PLEASE TAKE NOTICE that within (45) days of filing my appeal to CORC dated July

12, 2019, I haven't received a copy of the written notice of (receipt) by CORC pursuant to

Directive 4040- Section 701.5-(3) CORC action. Sub (i).

So at this time I respectfully request to know if my appeal was filed and transmitted to CORC.

RESPECTFULLY SUBMITTED

RAKIM PAULIN

Cc: File

1. MS. HARTZ
   IGRP SUPERVISOR
   CAPE VINCENT C.F.

1

RAKIM PAULIN 18A0552

**FRANKLIN CORRECTIONAL FACILITY**
P.O. BOX 10, 62 BARE HILL ROAD
MALONE, NEW YORK 12953

USDC-WDNY

MAR **2 1** 2022

BUFFALO

LEGAL MAIL CONFIDENTIAL

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
200 U.S. COURTHOUSE
2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202-3498

